DAY PITNEY LLP
(MAIL TO) P.O. BOX 1945, MORRISTOWN, NJ 07962-1945
(DELIVERY TO) 200 CAMPUS DRIVE, FLORHAM PARK, NJ 07932-0950
(973) 966-6300
RICHARD M. METH, ESQ. (R.M. - 7791)
BENJAMIN E. HAGLUND, ESQ. (B.H. - 3350)
ATTORNEYS FOR DEFENDANT PHELPS DODGE INDUSTRIES, INC.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| FRANCIS L. SWINICK and BARBARA TAFIL,<br><br>Plaintiffs,<br><br>v.<br><br>3M COMPANY, *et al.*,<br><br>Defendants. | Adv. Pro. No. 09-01349 (MS)<br><br>Hearing Date: April 13, 2009<br>at 12:00 p.m. |

**AMENDED CERTIFICATION OF SERVICE REGARDING MOTION**
**OF DEFENDANT PHELPS DODGE INDUSTRIES, INC. TO**
**ADJUDICATE OBJECTIONS IN DEFENDANT'S FAVOR**

FLORICE E. ENGLER, of full age, hereby certifies as follows:

1. I am an attorney-at-law of the State of New Jersey and an associate of the firm of Day Pitney LLP, attorneys for defendant Phelps Dodge Industries, Inc. in this action. My business address is 200 Campus Drive, Florham Park, New Jersey 07932.

2. On March 20, 2009, I arranged for copies of the Motion of Defendant Phelps Dodge Industries, Inc. for an Order to Adjudicate Objections in Defendant's Favor to be served upon all known counsel of record by First Class Mail, as per the annexed service list as noted thereon. Due to an inadvertence, copies were mailed on March 23, 2009.

I certify under penalty of perjury that the foregoing statements made by me are true and correct.

                                                /s/ Florice E. Engler
                                                FLORICE E. ENGLER

Dated: March 23, 2009

SERVICE LIST
FRANCIS L. SWINICK AND BARBARA TAFIL

| | |
|---|---|
| AFC Cable Systems, Inc.<br>American Cable Systems | Christopher Iannicelli, Esq.<br>MORGAN, LEWIS & BROCKIUS, LLP<br>502 Carnegie Center<br>Princeton, New Jersey  08540-6289 |
| 3M | Gwen L. Coleman, Esq.<br>SILLS CUMMIS<br>One Riverfront Plaza<br>Newark, NJ  07102-5400<br><br>Thomas M. Crispi, Esq.<br>CERUSSI & SPRING, PC<br>One North Lexington Ave<br>White Plains, NY   10601 |
| Alpha Wire Corp.<br>Belden Wire & Cable, Co. | Dawn Dezii, Esq.<br>MARGOLIS EDELSTEIN<br>100 Century Pkwy, Suite 200<br>Mt. Laurel, NJ   08054 |
| Allen-Bradley Co.<br>Federal Pacific Electric Co.<br>Invensys Process Systems | Joseph P. La Sala, Esq.<br>McELROY, DEUTSCH, MULVANEY & CARPENTER<br>88 Pine Street<br>New York, NY  10005 |
| Boise Cascade<br>Siemens Energy & Automation Inc. f/k/a I-T-E Circuit Breakers and as successor to Siemens-Furnas Controls and The Furnas Electric Co. | Joseph A. Gallo, Esq.<br>WILSON ELSER, MOSKOWITZ , EDELMAN & DICKER<br>3 Gannett Drive<br>White Plains, NY   10604 |
| CBS Corp. f/k/a/ Viacom, Inc. Successor by merger to CBS Corp. f/k/a Westinghouse Electric Corp. | Charles F. Forer, Esq.<br>ECKERT SEAMANS CHERIN & MELLOTT, LLC<br>Two Liberty Place<br>50 South 16th Street, 22nd Fl<br>Philadelphia, PA  19102 |
| CCX, Inc. successor to Hatfield Wire & Cable Co. a/d/o  Continental Cooper & Steel Industries, Inc., Hubbell Inc., s/t Bryand Electric Co., Killark Electric Co. s/t  Hatfield Wire & Cable, Circle Electric Co. & Fromm Electric Co. | Nancy Giacumbo, Esq.<br>MCGIVNEY & KLUGER<br>23 Vreeland Road, Suite 220<br>Florham Park, NJ   07932 |
| Chromalox, Inc. | Kari Samuels, Esq.<br>McCARTER & ENGLISH<br>Mellon Bank Center<br>1735 Market St., Suite 700<br>Philadelphia, PA 19103 |

| | |
|---|---|
| Cooper Electric Supply Co., successor to Fromm Electric, Cooper Industries LLC as successor in interest to Cooper Industries, Inc., and Crouse-Hinds Co., General Cable Corp. a successor to Carol Cable Co. Inc. | Lisa Pascarella, Esq.<br>PEHLIVANIAN, BRAATEN & PASCARELLA<br>2430 Route 34<br>P.O. Box 648<br>Manasquan, NJ  08736 |
| Cutler-Hammer, Inc.<br>Federal Pacific Electric Co.<br>Ivensys Process Systems, Inc., individually and as successor to the Foxboro Co. | Nancy McDonald, Esq.<br>Donna duBeth Gardiner, Esq.<br>Amy P. Russoniello, Esq.<br>McELROY, DEUTSCH, MULVANEY & CARPENTER<br>1300 Mount Kemble Avenue, PO Box 2075<br>Morristown, NJ 07962-2075 |
| Ericsson Inc., successor in interest to Anaconda Wire & Cable Co. | Terrence W. Camp, Esq.<br>BUDD LARNER<br>150 JFK Parkway, CN 1000<br>Short Hills, NJ  07078<br><br>Todd E. Schwartz, Esq.<br>HAWKINS & PARNELL, LLP<br>4000 Suntrust Plaza<br>303 Peachtreet St., N.E.<br>Atlanta, GA   30308-3242 |
| Essex Wire Company | Sean X. Kelly, Esq.<br>MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.<br>Cooper River West<br>6981 North Park Drive<br>Suite 300<br>Pennsauken, NJ   08109 |
| General Electric Co.<br>Gexpro | Joanne Hawkins, Esq.<br>SPEZIALI, GREENWALD, HAWKINS<br>1081 Winslow Road<br>PO Box 1086<br>Williamstown, NJ 08094 |
| Graybar Electric Co., Inc.<br>Hubbell, Inc. as successor to and d/b/a/ Killark and as successor to Bryant Electric Co. | Joel R. Clark, Esq.<br>McGIVNEY & KLUGER<br>23 Vreeland Road, Suite 220<br>Florham Park, NJ  07932 |
| Leviton Manufacturing Co., Inc.<br>American Insulated Wire Corp. | Robert J. Kelly, Esq.<br>LITTLETON, JOYCE, UGHETTA, PARK & KELLEY, LLP<br>141 West Front Street<br>Suite 120<br>Red Bank, NJ   07701F |
| Progress Lighting, Inc. | Robert A. Schaefer, Jr., Esq.<br>HARRIS BEACH LLP<br>100 Wall Street, 23rd Floor<br>New York, New York 10005 |

| | |
|---|---|
| Rockbestos Surprenant Cable Corp., f/k/a Rockbestos Products Corp. and The Marmon Group, Inc. as successor-in-interest to the Cerro-Maron Corp., Cerro Corp., Cerro Wire & Cable, Inc., The Rockbestos Co., and the Rockbestos Products, Corp. | Edward T. Finch, Esq.<br>LAVIN, O'NEIL, RICCI, CEDRONE & DISPIO<br>1300 Route 73, Suite 307<br>Mount Laurel, NJ 08054 |
| Southwire Company | Douglas V. Sanchez, Esq.<br>CRUSER, MITCHELL & SANCHEZ, LLC<br>One Paragon Drive, Suite 159<br>Montvale, NJ   07645 |
| Square D Company | W. Matthew Reber, Esq.<br>KELLEY, JASONS, MCGOWAN, SPINELLI & HANNA, LLP<br>Two Liberty Place, Suite 1900<br>50 South 16th St.<br>Philadelphia, PA  19102 |
| The Okonite Company | John R. Leith, Esq.<br>MATTSON, MADDEN & LEITH<br>33 Bleeker St.<br>Millburn, NJ   07041-1492 |
| Union Carbide Corp. | Anthony Caruso, Esq.<br>PICILLO CARUSO POPE EDELL PICINI<br>60 Route 46 East<br>Fairfield, NJ 07004 |
| Victaulic Co., as successor-in-interest to Simkar Corp. | Lisa P. Wildstein, Esq.<br>SEGAL, MCCAMBRIDGE, SINGER & MAHONEY<br>103 Carnegie Ctr., Suite 103<br>Princeton, NJ   08540 |
| Wyeth Holdings Corp., f/k/a American Cyanamid Company | Rosemary J. Bruno, Esq.<br>BUCHANAN INGERSOLL & ROONEY PC<br>550 Broad Street<br>Newark, New Jersey  07102-4582 |