**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | : |
| | : |
| RAYTECH CORPORATION, | : CHAPTER: 11 |
| | : |
| Debtor, | : CASE NO.: 89-00293 |
| _____ | : |
| | : ADV. NO.: 09-05023(AHWS) |
| FRANCIS L. SWINICK and BARBARA TAFIL, | : |
| | : |
| Plaintiffs, | : |
| v. | : |
| | : |
| 3M COMPANY, et al., | : |
| | : MAY 1, 2009 |
| Defendants. | : |
| _____ | |

## APPEARANCE

Please enter the appearance of the undersigned, as attorney for the defendant, Phelps Dodge Industries, Inc. ("PDI"), in the above-entitled adversary proceeding.

                                By:/s/ Thomas D. Goldberg
                                   Thomas D. Goldberg (ct04386)
                                   Day Pitney LLP
                                   One Canterbury Green
                                   Stamford, CT 06901
                                   Tel.: (203) 977-7300
                                   Fax.: (203) 977-7301
                                   E-mail:  tdgoldberg@daypitney.com

## CERTIFICATION

I hereby certify that on May 1, 2009, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

          /s/ Thomas D. Goldberg
              Thomas D. Goldberg