## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | |
|---|---|
| In Re: | Bankruptcy Case – Chapter 11<br>No. 89-00293(AHWS) |
| RAYTECH CORPORATION,<br><br>Debtor | |
| FRANCIS SWINICK and<br>BARBARA TAFIL<br>Plaintiffs<br>v.<br><br>3M COMPANY;<br>INCLUDING BRAKE PARTS, INC.;<br>PHELPS DODGE INDUSTRIES, INC.;<br>and ERICSSON, INC.<br>Defendants | Adversary Proceeding<br>No. 09-05023<br><br><br>Document I.D.#<br><br><br><br>May 22, 2009 |

### APPEARANCE

**PLEASE TAKE NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, 11 USC §1109(b) and Rules 2002 and 9010 of the Rules of Bankruptcy Procedure, Maximino Medina, Jr., hereby appears in the above-captioned proceeding on behalf of Sea Gull Lighting Products, LLC and demands that notice of all matters herein be duly served on the undersigned at the address set forth below:

> Maximino Medina, Jr.
> Zeldes, Needle & Cooper, P.C.
> 1000 Lafayette Boulevard
> P.O. Box 1740
> Bridgeport, CT  06601-1740
> Phone:  203-333-9441
> Fax:  203-333-1489
> Email:  mmedina@znclaw.com

Sea Gull Lighting Products, LLC

BY /s/ Maximino Medina
Maximino Medina, Jr.
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
P.O. Box 1740
Bridgeport, CT  06601-1740
(203) 333-9441 CT Federal Bar #ct06018
Email:  mmedina@znclaw.com

ITS ATTORNEYS