**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In Re: <br><br> RAYTECH CORPORATION, <br><br> Debtor | Bankruptcy Case – Chapter 11 <br> No. 89-00293(AHWS) <br><br> *FILED 2009 MAY 28 PM 3:19 CLERK U.S. BANKRUPTCY COURT DISTRICT OF CONNECTICUT BRIDGEPORT* |
| FRANCIS SWINICK and <br> BARBARA TAFIL <br> Plaintiffs <br> v. <br><br> 3M COMPANY; <br> INCLUDING BRAKE PARTS, INC.; <br> PHELPS DODGE INDUSTRIES, INC.; <br> and ERICSSON, INC. <br> Defendants | Adversary Proceeding <br> No.  09-05023 <br><br><br> Document I.D.# <br><br><br> May 28, 2009 |

## MOTION FOR ADMISSION OF VISITING ATTORNEY

Pursuant to Local Rule of Civil Procedure 83.1(d) and Local Rule of Bankruptcy Procedure 1001-1(b), the undersigned, counsel for Sea Gull Lighting Products, LLC, a defendant in the above-referenced matter, hereby moves for the admission of Collin J. Hite and Jeffrey F. Starling, of the law firm of McGuireWoods LLP, One James Center, 901 East Cary Street, Richmond, VA  23219-4030, to represent Sea Gull Lighting Products, LLC in this matter. In accordance with Local Rule of Civil Procedure 2(d), the undersigned states:

1. Attorney Hite has been a member in good standing of the bar of the Commonwealth of Virginia since 1995. He is also a member of the bar of the State of Florida as well as the bar of the United States District Court for the Western and Eastern Districts of Virginia, the Middle District of Florida, the Eastern District of Wisconsin as well as the U.S. Court of Appeals for the 4th Circuit. He has never been the subject of any disciplinary proceeding.

2. Attorney Starling has been a member in good standing of the bar of the Commonwealth of Virginia since 2003 and, since 2004, the bar of the United States District Court for the Western and Eastern Districts of Virginia as well as the U.S. Court of Appeals for the 4th Circuit. He has never been the subject of any disciplinary proceeding.

3. Attorneys Hite and Starling have never been admitted as Visiting Attorney in this Court.

4. The foregoing representations are based on the May 26, 2009 affidavits of Attorneys Hite and Starling annexed hereto.

5   Pursuant to Local Rule of Civil Procedure 2(d)(2), the requisite filing fee regarding the admission of Attorneys Hite and Starling have been tendered at the time of the filing this Motion.

6   The undersigned will accept service of all pleadings, notices, orders, and other documents filed in this matter on behalf of Sea Gull Lighting Products, LLC.

Sea Gull Lighting Products, LLC

BY: _____
Maximino Medina, Jr.
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
P.O. Box 1740
Bridgeport, CT 06601-1740
(203) 333-9441 CT Federal Bar #ct06018
Email: mmedina@znclaw.com

**ITS ATTORNEYS**

\9154204.2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In Re:<br><br>RAYTECH CORPORATION,<br><br>Debtor | Bankruptcy Case – Chapter 11<br>No. 89-00293(AHWS) |
| FRANCIS SWINICK and<br>BARBARA TAFIL<br>Plaintiffs<br>v.<br><br>3M COMPANY;<br>INCLUDING BRAKE PARTS, INC.;<br>PHELPS DODGE INDUSTRIES, INC.;<br>and ERICSSON, INC.<br>Defendants | Adversary Proceeding<br>No. 09-05023<br><br>Document I.D.#<br><br>May 22, 2009 |

FILED 2009 MAY 28 PH 3:19 CLERK, U.S. BANKRUPTCY COURT DISTRICT OF CONNECTICUT BRIDGEPORT

### AFFIDAVIT OF COLLIN J. HITE IN SUPPORT OF MOTION
### FOR ADMISSION AS VISITING ATTORNEY

Commonwealth of Virginia    }
                            }
City of Richmond            }

Collin J. Hite, Esq., of full age, being duly sworn according to law, deposes and says:

1. I am a partner of the law firm of McGuireWoods LLP, One James Center, 901 East Cary Street, Richmond, VA 23219-4030 (telephone: 804-775-7791, fax: 804-225-5405 and email: chite@mcguirewoods.com), and am admitted to practice

law in the Commonwealth of Virginia, in the United States District Court of the Western and Eastern Districts of Virginia, the Middle District of Florida, the Eastern District of Wisconsin, the United States Tax Court, and the U.S. Court of Appeals for the 4th Circuit.

2. I have remained to date a member in good standing of each bar, and have never been the subject of any disciplinary proceedings.

3. I submit this Affidavit in support of an order approving my admission as a Visiting Attorney pursuant to Local Rule of Civil Procedure 2(d).

4. My request for admission as a Visiting Attorney in this Court is made pursuant to a Motion of a member of the bar of this Court.

5. I have never been admitted as a Visiting Attorney in this Court.

6. I have reviewed, and am generally familiar with the Bankruptcy Code, the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure and the Local Rules of this Court and the District Court of Connecticut.

_____
Collin J. Hite

Subscribed and sworn to before me
this 26th day of May, 2009

Randi W. Kitchen          my commission expires 01/31/2011.
Notary Public

2

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In Re:<br><br>RAYTECH CORPORATION,<br><br>Debtor | Bankruptcy Case – Chapter 11<br>No. 89-00293(AHWS) |
| FRANCIS SWINICK and<br>BARBARA TAFIL<br>Plaintiffs<br>v.<br><br>3M COMPANY;<br>INCLUDING BRAKE PARTS, INC.;<br>PHELPS DODGE INDUSTRIES, INC.;<br>and ERICSSON, INC.<br>Defendants | Adversary Proceeding<br>No. 09-05023<br><br>Document I.D.#<br><br><br>May 22, 2009 |

**AFFIDAVIT OF JEFFREY F. STARLING IN SUPPORT OF MOTION**
**FOR ADMISSION AS VISITING ATTORNEY**

Commonwealth of Virginia   }
                           }
City of Richmond           }

Jeffrey F. Starling, Esq., of full age, being duly sworn according to law, deposes and says:

1. I am an attorney employed by the law firm of McGuireWoods LLP, One James Center, 901 East Cary Street, Richmond, VA 23219-4030 (telephone: 804-775-4388, fax: 804-698-2046, email: jstarling@mcguirewoods.com), and am admitted to

practice law in the Commonwealth of Virginia, in the United States District Court of the Western and Eastern Districts of Virginia and the U.S. Court of Appeals for the 4th Circuit.

2. I have remained to date a member in good standing of each bar, and have never been the subject of any disciplinary proceedings.

3. I submit this Affidavit in support of an order approving my admission as a Visiting Attorney pursuant to Local Rule of Civil Procedure 2(d).

4. My request for admission as a Visiting Attorney in this Court is made pursuant to a Motion of a member of the bar of this Court.

5. I have never been admitted as a Visiting Attorney in this Court.

6. I have reviewed, and am generally familiar with the Bankruptcy Code, the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure and the Local Rules of this Court and the District Court of Connecticut.

_____
Jeffrey F. Starling

Commonwealth of Virginia    }
                            }
City of Richmond            }

Subscribed and sworn to before me this 26th day of May, 2009.



Randi W. Kitchen
Notary Public

My Commission Expires: 01/31/2011

2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | | |
|---|---|---|
| In Re: | : | Bankruptcy Case – Chapter 11 |
| | : | No. 89-00293(AHWS) |
| RAYTECH CORPORATION, | : | |
| Debtor | : | |
| | : | |
| FRANCIS SWINICK and | : | Adversary Proceeding |
| BARBARA TAFIL | : | No. 09-05023 |
| Plaintiffs | : | |
| v. | : | |
| 3M COMPANY; | : | Document I.D.# |
| INCLUDING BRAKE PARTS, INC.; | : | |
| PHELPS DODGE INDUSTRIES, INC.; | : | |
| and ERICSSON, INC. | : | |
| Defendants | : | May 28, 2009 |

## CERTIFICATION

This is to certify that a copy of the Motion for Admission of Visiting Attorney was sent on May 28, 2009 via first class U.S. Mail, postage prepaid, to the following:

Thomas D. Goldberg, Esq.
Day Pitney LLP
1 Canterbury Green
Stamford, CT 06901
*(Counsel for Phelps Dodge Industries, Inc.)*


3M Company, et al.
Sedgwick, Detert, Moran & Arnold LLP
c-o Christopher J. Keale, Esq.
Three Gateway Center, 12th Fl.
Newark, NJ 07102
*(Pro Se)*

Including Brake Parts, Inc.
Sedgwick, Detert, Moran & Arnold LLP
c-o Christopher J. Keale, Esq.
Three Gateway Center, 12th Fl.
Newark, NJ 07102
*(Pro Se)*

Christopher P Anton
Budd Larner, P.C.
150 John F. Kennedy Parkway
Short Hills, NJ 07078
*(Counsel for Ericsson, Inc.)*

Francis Swinick
Levy Phillips & Konigsberg, LLP
c-o Moshe Maimon, Esq.
101 Grovers Mill Road, Ste. 200
Lawrenceville, NJ 08648
*(Pro Se)*

Barbara Tafil
Levy Phillips & Konigsberg, LLP
c-o Moshe Maimon, Esq.
101 Grovers Mill Road, Ste. 200
Lawrenceville, NJ 08648
*(Pro Se)*

                Sea Gull Lighting Products, LLC

                BY: /s/ Maximino Medina, Jr.
                Maximino Medina, Jr.
                Zeldes, Needle & Cooper, P.C.
                1000 Lafayette Boulevard
                P.O. Box 1740
                Bridgeport, CT 06601-1740
                (203) 333-9441 CT Federal Bar #ct06018
                Email: mmedina@znclaw.com

                ITS ATTORNEYS

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

| | |
|---|---|
| In Re:<br><br>RAYTECH CORPORATION,<br><br>Debtor | Bankruptcy Case – Chapter 11<br>No. 89-00293(AHWS) |
| FRANCIS SWINICK and<br>BARBARA TAFIL<br>Plaintiffs<br>v.<br><br>3M COMPANY;<br>INCLUDING BRAKE PARTS, INC.;<br>PHELPS DODGE INDUSTRIES, INC.;<br>and ERICSSON, INC.<br>Defendants | Adversary Proceeding<br>No.  09-05023<br><br>Document I.D.# |

## ORDER

Having considered the foregoing motion for admission of visiting attorneys, along with the Affidavits of Collin J. Hite and Jeffrey F. Starling,

IT IS HEREBY ORDERED that Jeffrey F. Starling and Collin J. Hite of the law firm of McGuireWoods, One James Center, 901 East Cary Street, Richmond, VA 23219-4030, telephone no. 804-775-7791, be and hereby are admitted to this Court as counsel *pro hac vice* for Sea Gull Lighting Products, LLC  in the above-captioned matter.