UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| RAYTECH CORPORATION | : | |
| DEBTOR, | : | CASE NO. 89-00293 |
| FRANCIS L. SWINICK AND BARBARA TAFIL,<br>PLAINTIFFS, | : | ADVERSARY PROCEEDING |
| V. | : | NO. 09-05023 (AHWS) |
| 3M COMPANY, ET AL. | : | |
| DEFENDANTS | : | JULY 31, 2009 |

### APPEARANCE AND REQUEST FOR NOTICE

To:   Clerk

Please enter my appearance as attorney for the defendant, General Electric Company, only, in the above-captioned adversary proceeding. The undersigned further requests that notice be provided of all matters pending before this Court relative to the debtor.

Dated at Hartford, Connecticut on this 31st day of July 2009.

DEFENDANT,
GENERAL ELECTRIC COMPANY

By /s/ Michael S. Wrona
Michael S. Wrona
Fed. Bar No. ct 24105
wrona@halloran-sage.com of
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, Connecticut 06103
860-522-6103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103


HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105

- 2 -

## CERTIFICATION

This is to certify that on 31st day of July, 2009, a copy of the foregoing was electronically filed and served by mail to anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

_/s/ Michael S. Wrona_
Michael S. Wrona

1541441v 1
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105