UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| RAYTECH CORPORATION | |
| DEBTOR, | CASE NO. 89-00293 |
| FRANCIS L. SWINICK AND BARBARA TAFIL, PLAINTIFFS, | ADVERSARY PROCEEDING NO. 09-05023 (AHWS) |
| V. | |
| 3M COMPANY, ET AL. | |
| DEFENDANTS | JULY 31, 2009 |

## CORPORATE DISCLOSURE STATEMENT OF GENERAL ELECTRIC COMPANY

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7007.1 of the Bankruptcy Rules, defendant General Electric Company ("GE") certifies the following:

1. GE is a publicly traded corporation and has no parent corporation.

2. No publicly held corporation owns 10% or more of GE's stock.

DEFENDANT,
GENERAL ELECTRIC COMPANY

By /s/ Michael S. Wrona
Michael S. Wrona
Fed. Bar No. ct 24105
wrona@halloran-sage.com of
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, Connecticut 06103
860-522-6103



## CERTIFICATION

This is to certify that on 31st day of July, 2009, a copy of the foregoing was electronically filed and served by mail to anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

_____
Michael S. Wrona

1541447v 1
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

- 2 -

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105