Levy Phillips & Konigsberg, LLP
101 Grovers Mill Road, Suite 200
Lawrenceville, New Jersey 08648
(609) 720-0400

Szaferman, Lakind,
  Blumstein & Blader, PC
101 Grovers Mill Road, Suite 200
Lawrenceville, New Jersey 08648
(609) 275-0400; Fax: 275-4511

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| In Re: Raytech Corporation<br><br>Francis Swinick, et al.,<br><br>          Plaintiffs,<br>    v.<br><br>Affinia Group, Inc., et al, et al.<br><br>       Defendants. | Case No: 89-00293<br>Adv. Proc. No.09-05023<br>Judge: Alan H.W. Shiff<br><br><br><br>STIPULATION AND<br>ORDER OF REMAND |

WHEREAS, Defendants, Brake Parts, Inc., ("BPI") and Affinia

Group, Inc., ("Affinia") removed this action from the Superior

Court of New Jersey, Middlesex County, to the United States

District Court for the District of New Jersey pursuant to 28

U.S.C. §1452(a); and

WHEREAS, Plaintiffs have settled their claims against BPI

and Affinia, and BPI and Affinia, through their counsel, consent

to the remand of this action to the Superior Court of New Jersey,

Middlesex County; and

WHEREAS, no other party has sought removal, and the time to

513697.1

do so under 28 U.S.C. § 1446(b) has expired;

NOW THEREFORE, Plaintiffs, BPI and Affinia stipulate and consent to the remand of this action to the Superior Court of New Jersey, Middlesex County.


Moshe Maimon, Esq.
Levy Phillips & Konigsberg
101 Grovers Mill Rd., Ste 200
Lawrenceville, NJ 08648

Attorneys for Plaintiffs

Dated:


Matthew J. Zamaloff, Esq.
Certhulo & Capone
Two Seaport Lane
Boston, MA 02210
Federak Bar #ct27509
Attorneys for Brake Parts, Inc.
and Affinia Group, Inc.

Dated:


SO ORDERED:

Alan H. W. Shiff, U.S.B.J.

Dated: August 4, 2009